# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# OXFORD DIVISION

| | |
|---|---|
| TONYA MUNSON, an individual ) | |
| ) | |
| **Plaintiff** ) | |
| ) | |
| ) | |
| ) | Case No. 3:14-cv-00279-MPM-RP |
| vs. ) | |
| ) | |
| C. R. BARD, INC., and ) | |
| BARD PERIPHERAL VASCULAR, INC. ) | |
| ) | |
| **Defendants** ) | |

## ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO FILE CERTAIN EXHIBITS UNDER SEAL

The Court, having considered Defendants' Unopposed Motion to File Certain Exhibits Under Seal (the "Motion to Seal") [Dkt. 173], finds the Motion to Seal is well taken and is **GRANTED**.

It is, therefore, **ORDERED** that, given the voluminous amount of Health Insurance Portability and Accountability Act (HIPPA) protected information contained with the exhibits, Defendants may file under seal, the following:

- Exhibits B, C, H, and K to Defendants' Motion for Judgment on the Pleadings, and in the Alternative, Summary Judgment [Dkt. 171];

- Exhibits D and E to Defendants' Motion to Limit or Exclude Certain Opinions and Testimony of Leigh Anne Levy, RN [Dkt. 167];

- Exhibit D to Defendants' Motion to Limit or Exclude Certain Opinions and Testimony of Darren R. Hurst, M.D. [Dkt. 165]; and

- Exhibit F to Defendants' Motion to Limit or Exclude Certain Opinions and Testimony of John M. Trapani III, PH.D [Dkt. 169].

It is further **ORDERED** that these exhibits be permanently sealed from public access only, with CM/ECF access permitted to all counsel of record.

So **ORDERED**, this 16th day of December, 2020

/**s**/ Michael P. Mills
**UNITED STATES DISTRICT JUDGE**
**NORTHERN DISTRICT OF MISSISSIPPI**