**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION**

| | |
|---|---|
| TONYA MUNSON,<br><br>    *Plaintiff*,<br><br>v.<br><br>C.R. BARD, INC. and BARD PERIPHERAL VASCULAR, INC.,<br><br>    *Defendants.* | Case No. 3:14-CV-279-M-P |

**ORDER ON PLAINTIFF'S
UNOPPOSED MOTION TO SEAL**

The Court, having considered the Plaintiff's Motion to Seal, [ 223], finds that the Motion is unopposed, well taken and should be **GRANTED**.

It is, therefore, **ORDERED** that, given the voluminous amount of confidential information and Plaintiff's Health Insurance Portability and Accountability Act (HIPPA)-protected information contained with the exhibits, Plaintiff may file under seal:

- Exhibits 3, 6, 8, 13–16, 22, 26, 26, 32, 43, 49, 51–53, 57–60, and 62–63 to Plaintiff's Opposition to Defendants' Motion for Judgment on the Pleadings, and in the Alternative, for Summary Judgment;

- Exhibit 3 to Plaintiff's Responses in Opposition to Defendants' Motion to Exclude or Limit the Opinions and Testimony of Darren R. Hurst, M.D.;

- Exhibits 1-5 to Responses to Defendants' Motions to Exclude or Limit Opinions and Testimony of Leigh Anne Levy, RN; and

- Exhibits 1-2 to Responses to Defendants' Motions to Exclude or Limit Opinions and Testimony of John Trapanni III, M.D

**SO ORDERED** this 13th day of January, 2021.

                                            **/s/** Michael P. Mills
                                            **UNITED STATES DISTRICT JUDGE**
                                            **NORTHERN DISTRICT OF MISSISSIPPI**