**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**

TONYA MUNSON                                                                                    PLANTIFF

VS.                                                                        CIVIL ACTION NO. 3:14CV279 M-P

C.R. BARD, INC., ET AL.                                                                      DEFENDANTS

## **ORDER**

Pursuant to the Joint Stipulation of Dismissal [264] filed by the parties in this case, it is hereby ORDERED that this cause be dismissed without prejudice.

This the 21st day of April 2022.

                                                                         /s/ Michael P. Mills
                                                                         **U. S. DISTRICT JUDGE**
                                                                         **NORTHERN DISTRICT OF MISSISSIPPI**